UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-CV-30223 (MAP) |
| | ) | |
| INTERPRINT, INC., | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

THIS MATTER is before the Court on the parties' Joint Stipulation to Termination of Consent Decree. The Court having reviewed the parties' submission, and good cause having been shown,

IT IS on this 13th day of May, 2014,

ORDERED that the parties request for entry of the Joint Stipulation to Termination of Consent Decree shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED that the Consent Decree entered in this matter on January 31, 2011 (Dkt. Entry #6), shall be, and hereby is, TERMINATED.

MICHAEL A. PONSOR
United States District Judge